UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITHREE INVESTMENT CORP.

              Plaintiff,

-against-

SEIU, LOCAL 32BJ,

              Defendant.
------------------------------------------------------------------X

EFC CASE

**RULE 71. STATEMENT**

07 CIV _____

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure of the US District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Service Employees International Union, Local 32BJ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

    NONE

Date: __6/5/07__

_____
Signature of Attorney