UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITHREE INVESTMENT CORP.

          Plaintiff,

-against-

SEIU, LOCAL 32BJ,

          Defendant.
-------------------------------------------------------------------X

ECF CASE

**AFFIDAVIT OF SERVICE**

07 CIV 4788 (KMK) (DFE)

STATE OF NEW YORK  )
                            ) ss:
COUNTY OF NEW YORK  )

      I, Melissa Beyer the undersigned, being sworn, depose and say:

      I am not a party to the action, am over 18 years of age and reside at 4 Lincoln Avenue, Staten Island, New York 10306.

      On June 7, 2007 I served the within Answer by depositing a true copy thereof in an official depository under the exclusive care and custody of United Postal Service, addressed to each of the following persons at the last known address set forth after each name:

          Randy S. Gidseg, Esq.
          Nixon Peabody LLP
          437 Madison Avenue
          New York, New York 10022

                                                          _____
                                                             Melissa Beyer

Sworn to before me this
7th day of June 2007

_____
Notary Public

                                       **JAN BINDAS TENNEY**
                                   **Notary Public, State of New York**
                                          No. 01BI6158479
                                    Qualified in Kings County
                               Commission Expires January 2, 20__