**NIXON PEABODY LLP**
Randy S. Gidseg (RG-9024)
437 Madison Avenue
New York, New York 10022
Telephone: (212) 940-3000

Attorneys for Defendant
Unithree Investment Corp.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

UNITHREE INVESTMENT CORP.,

                 Plaintiff,

       v.

SEIU, LOCAL 32BJ,

                 Defendant.

Civil Action No.
07-CV-4788 (KMK) (DFE)

**RULE 7.1 DISCLOSURE STATEMENT OF**
**DEFENDANT UNITHREE INVESTMENT CORP.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Unithree Investment Corp., by its undersigned counsel Nixon Peabody LLP, affirms that it has no parent corporation and no publicly held corporation owns 10 percent or more of its stock.

Dated: New York, New York
       July 2, 2007

NIXON PEABODY LLP

By: s/ RANDY S. GIDSEG
    Randy S. Gidseg (RG-9024)
437 Madison Avenue
New York, New York 10022
Tel: (212) 940-3000
Fax: (212) 940-3111

Attorneys for Defendant
Unithree Investment Corp.

10637775.1