

**32BJ SEIU**
*Stronger Together*

SERVICE EMPLOYEES
INTERNATIONAL UNION
CLC

**MICHAEL P. FISHMAN**
President

**KEVIN J. DOYLE**
Executive Vice President

**HÉCTOR J. FIGUEROA**
Secretary-Treasurer

**KYLE BRAGG**
Vice President

**LENORE FRIEDLAENDER**
Vice President

**BRIAN LAMBERT**
Vice President

**VALARIE LONG**
Vice President

Online at:
www.seiu32bj.org

**Local 32BJ Headquarters:**
101 Avenue of the Americas
New York, NY 10013-1991
212.388.3800

Writer's Direct Dial: (212) 388-3854

**MEMO ENDORSED**

July 27, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/7/07

<u>Via Hand Delivery</u>

Honorable Kenneth M. Karas
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Room 920
New York, New York 10007

    Re:    **Unithree Investment Corp. v. SEIU Local 32BJ**
             **07 CIV 4788 (KMK) (DFE)**

Dear Honorable Judge Karas:

    We represent defendant Service Employees International Union, Local 32BJ in the referenced action. We write to request clarification of Your Honor's Order dated July 24, 2007 (copy enclosed).

    That Order, in part, extends the time within which defendant may answer the plaintiff's complaint until September 21, 2007, the date of the pre-motion conference. However, defendant answered the complaint on June 7, 2007. The extension requested by defendant by letter of June 20, 2007 was an extension of time within which to file a responsive brief to plaintiff's petition filed in state court to stay an arbitration which, under *D.H. Blair & Co., Inc. v. Gottdiener*, 426 F.3d 95 ($2^d$ Cir. 2006), is, upon removal, treated as a motion for summary judgment. *See* pages 2-3 of defendant's correspondence of June 20, 2007 (attached to Your Honor's Order).

    Accordingly, defendant seeks to clarify whether Your Honor's Order requires defendant's responsive brief to be submitted by September 21, 2007. If it requires only a submission of an answer by that date, the answer has already been filed.

                                  Respectfully submitted,

                                    Judith I. Padow (JIP 1151)
                                    Assistant General Counsel
                                    Service Employees International Union,
                                    Local 32BJ

JIP:rg
Encl.
cc:    Randy Gidseg

*[Handwritten endorsement:]* No responsive brief is ⌀ to be submitted before the 9/21/07 conference.

SO ORDERED

KENNETH M. KARAS U.S.D.J.

8/6/07
**Office of the General Counsel**

**SEIU Local 32BJ**
101 Avenue of the Americas
19th Floor
New York, NY 10013-1906
Fax: 212.388.2062

