```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITHREE INVESTMENT CORP.,

        Plaintiff,

-v-

SEIU, LOCAL 32BJ,

        Defendant.

Case No. 07-CV-4788 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

At the conference held before the Court on September 21, 2007, the Court adopted the following schedule:

> Defendant shall file and serve its motions not later than October 10, 2007.
>
> Plaintiff shall file and serve its opposition papers not later than November 9, 2007.
>
> Defendant shall file and serve any reply papers not later than November 28, 2007.
>
> Oral argument, if necessary, will be held on December 12, 2007 at 4:00 p.m.

SO ORDERED.

Dated:    New York, New York
             September 21, 2007

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE