**32BJ SEIU**
*Stronger Together*

SERVICE EMPLOYEES
INTERNATIONAL UNION
CLC

**MICHAEL P. FISHMAN**
President

**KEVIN J. DOYLE**
Executive Vice President

**HÉCTOR J. FIGUEROA**
Secretary-Treasurer

**KYLE BRAGG**
Vice President

**LENORE FRIEDLAENDER**
Vice President

**BRIAN LAMBERT**
Vice President

**VALARIE LONG**
Vice President

Online at:
www.seiu32bj.org

**Local 32BJ Headquarters:**
101 Avenue of the Americas
New York, NY 10013-1991
212.388.3800

Office of the General Counsel

**SEIU Local 32BJ**
101 Avenue of the Americas
19th Floor
New York, NY 10013-1906
Fax: 212.388.2062

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/07

Writer's Direct Dial: (212) 388-3854

September 25, 2007

**MEMO ENDORSED**

Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007

Re:   Unithree Investment Corp. v. SEIU, Local 32BJ
      Index No. 07 CV 4788 (RJS)

Dear Judge Sullivan:

We represent the defendant, Service Employees International Union, Local 32BJ in the referenced action.

By Order dated September 21, 2207 (copy enclosed), Your Honor set a briefing schedule and also set a date for oral argument, if necessary, on defendant's motions. The Order states that the date for oral argument is December 12, 2007; however, at the conference before Your Honor, oral argument was scheduled for December 17, 2007. I have spoken with the plaintiff's counsel, Randy Gidseg, who concurs that oral argument was scheduled for December 17, 2007.

Accordingly, the undersigned respectfully requests that the date for oral argument be changed to December 17, 2007 or some other mutually agreed upon date. Counsel for defendant is unable to attend oral argument on December 12, 2007.

Respectfully submitted,

Judith I. Padow (JIP 1151)
Assistant General Counsel

JIP:mb
Enclosure

cc:   Randy Gidseg

SO ORDERED
Dated: 10/1/07
RICHARD J. SULLIVAN
U.S.D.J.

Argument for December 17, 2007 @ 2:30pm.