UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITHREE INVESTMENT CORP.

               Plaintiff,

-against-

SEIU, LOCAL 32BJ,

               Defendant.
-------------------------------------------------------------------X

EFC CASE

**REVISED SCHEDULING ORDER**

07 CV 4788 (RJS)

RICHARD J. SULLIVAN, District Judge:

    Defendant shall file and serve its motions not later than October 12, 2007.

    Plaintiff shall file and serve its opposition papers not later than November 14, 2007.

    Defendant shall file and serve any reply papers not later than November 30, 2007.

    Oral argument, if necessary, will be held on December 17, 2007 at 4:00 p.m.

SO ORDERED.

_____
U. S. District Judge

Date: 10/5/07

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/9/07