**EXHIBIT E**

SUPREME COURT OF THE STATE OF NEW YORK — NEW YORK COUNTY

PRESENT:  **HON. NICHOLAS FIGUEROA**        PART **46**
                                    Justice

| | |
|---|---|
| UNITHREE INVESTMENT CORP. | INDEX NO.  106296/07 |
|  | MOTION DATE  6/5/07 |
| - v - | MOTION SEQ. NO.  001 |
|  | MOTION CAL. NO. |
| SERVICE EMPLOYEES INTERNATIONAL UNION | |

The following papers, numbered 1 to _____ were read on this motion

| | PAPERS NUMBERED |
|---|---|
| Notice of Motion/ Order to Show Cause — Affidavits — Exhibits ... | 1, 2, 3 |
| Answering Affidavits — Exhibits | |
| Replying Affidavits | |

**Cross-Motion:**   ☐ Yes   ☒ No

UPON the foregoing papers, it is ordered that this motion to permanently stay the arbitration commenced by respondent against petitioner is granted on default and the arbitration is permanently stayed (CPLR 7503(b)(c)).

Petitioner must serve a copy of this order with notice of entry on the respondent and on the arbitration panel within five days of entry.

This constitutes the decision and order of the court.

FILED
JUN 07 2007
COUNTY CLERK'S OFFICE
NEW YORK

Dated:  June 5, 2007                                         _____
                                                                                      J.S.C.

MOTION/CASE IS RESPECTFULLY REFERRED TO JUSTICE FOR THE FOLLOWING REASON(S):

Check one:   ☒ FINAL DISPOSITION      ☐ NON-FINAL DISPOSITION