**EXHIBIT F**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

UNITHREE INVESTMENT CORP.,

                              Petitioner,

- against -

SERVICE EMPLOYEES INTERNATIONAL UNION,
LOCAL 32BJ,

                              Respondent.

Index No. 106296/07

## NOTICE OF ENTRY

      PLEASE TAKE NOTICE that attached hereto is a true and correct copy of the Order signed by the Honorable Nicholas Figueroa and duly entered on June 5, 2007 in the above-captioned matter.

Dated: New York, New York
          June 8, 2007

**NIXON PEABODY LLP**

By: _____
     Randy S. Gidseg
437 Madison Avenue
New York, New York 10022
Tel: (212) 940-3000
Fax: (212) 940-3111
Attorneys for Petitioner

To:    Service Employees International Union
       Local 32BJ
       Office of the General Counsel
       Judith I. Padow
       101 Avenue of the Americas, 19th Floor
       New York, New York 10013
       Attorneys for Respondent

Office of the Contract Arbitrator
Joanne Davis
Complaint Director
7 Penn Plaza, Suite 301
New York, New York 10001

SUPREME COURT OF THE STATE OF NEW YORK — NEW YORK COUNTY

PRESENT: **HON. NICHOLAS FIGUEROA**  PART **46**
Justice

| | |
|---|---|
| UNITHREE INVESTMENT CORP. | INDEX NO. 106296/07 |
| | MOTION DATE 6/5/07 |
| - v - | MOTION SEQ. NO. 001 |
| | MOTION CAL. NO. |
| SERVICE EMPLOYEES INTERNATIONAL UNION | |

The following papers, numbered 1 to _____ were read on this motion

| | PAPERS NUMBERED |
|---|---|
| Notice of Motion/ Order to Show Cause — Affidavits — Exhibits ... | 1, 2, 3 |
| Answering Affidavits — Exhibits | |
| Replying Affidavits | |

**Cross-Motion:** ☐ Yes  ☒ No

UPON the foregoing papers, it is ordered that this motion to permanently stay the arbitration commenced by respondent against petitioner is granted on default and the arbitration is permanently stayed (CPLR 7503(b)(c)).

Petitioner must serve a copy of this order with notice of entry on the respondent and on the arbitration panel within five days of entry.

This constitutes the decision and order of the court.

FILED
JUN 07 2007
COUNTY CLERK'S OFFICE
NEW YORK

Dated: June 5, 2007

_____
J.S.C.

MOTION/CASE IS RESPECTFULLY REFERRED TO JUSTICE FOR THE FOLLOWING REASON(S):

Check one: ☒ FINAL DISPOSITION  ☐ NON-FINAL DISPOSITION