UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITHREE INVESTMENT CORP.

           Plaintiff,

-against-

SEIU, LOCAL 32BJ,

           Defendant.
-----------------------------------------------------------X

**ECF CASE**

**AFFIDAVIT OF SERVICE**

07 CIV 4788 (RJS)

STATE OF NEW YORK  )
                          ) ss:
COUNTY OF NEW YORK  )

    I, Melissa Beyer the undersigned, being sworn, depose and say:

    I am not a party to the action, am over 18 years of age and reside in Richmond County.

    On October 11, 2007 I served the within Notice of Motion for Summary Judgment and to Vacate Default, Local Rule 56.1 Statement, Affidavit of Judith I. Padow, Esq. in Support of Motions for Summary Judgment and to Vacate Default and Memorandum of Law in Support of Motions for Summary Judgment and to Vacate Default by Hand Delivery via messenger addressed to each of the following persons at the last known address set forth after each name:

        Randy S. Gidseg, Esq.
        Nixon Peabody LLP
        437 Madison Avenue
        New York, New York 10022

                                                  Melissa Beyer

Sworn to before me this
11th day of October 2007

_____
Notary Public

KATHERINE DUNN
Notary Public, State of New York
No. 02DU6172629
Qualified in New York County
Commission Expires August 13, 20 11