SULLIVAN, S.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 11/19/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITHREE INVESTMENT CORP.,

        Plaintiff,

- against -

SEIU, LOCAL 32BJ,

        Defendant.

07-CV-4788 (RJS)

### STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiff Unithree Investment Corp. and defendant SEIU, Local 32BJ that, pursuant to Rule 41 of the Federal Rules of Civil Procedure, the above-captioned action is hereby dismissed, with each party to bear their own costs.

| | |
|---|---|
| **NIXON PEABODY LLP** | **SEIU, LOCAL 32BJ** <br> **Office of General Counsel** |
| By: _/s/_ <br> Randy S. Gidseg, Esq. <br> 437 Madison Avenue <br> New York, New York 10022 <br> (212) 940-3000 | By: _/s/_ <br> Judith I. Padow, Esq. (JIP 1151) <br> 101 Avenue of the Americas <br> New York, New York 10013 <br> (212) 388-3854 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Dated: November 16, 2007 | Dated: November 13, 2007 |

SO ORDERED:

_/s/_
Hon. Richard J. Sullivan
United States District Judge

11/19/07

10791967.1